Stuart B. Wolfe, Esq. (SBN 156471)
Samantha N. Lamm, Esq. (SBN 203094)
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
Irvine, California 92614-5979
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Defendants
**NATIONAL CITY MORTGAGE CO. AND NATIONAL CITY BANK OF INDIANA**

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. REDFERN, an individual, MARY S. REDFERN, an individual, <br><br> Plaintiffs, <br> v. <br> NATIONAL CITY MORTGAGE CO., a business entity unknown; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation; NATIONAL CITY BANK OF INDIANA, a business entity unknown; and DOES 1 to 10 inclusive, <br><br> Defendants. | Case No. SACV08-0577 <br><br> Assigned to Judge James V. Selna Dept. 10-C <br><br> **JUDGMENT** |

On August 25, 2008, this court granted defendants National City Mortgage Co. and National City Bank of Indiana's Motion to Dismiss plaintiffs Gary L. Redfern and Mary S. Redfern's Complaint for failure to state a claim pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6).  The court found that plaintiffs cannot state a claim for rescission as the original loans against defendants National City Mortgage Co. and National City Bank of Indiana because plaintiffs refinanced those loans in the interim.  (In Re the State of California, 784 F.2d 910, 913 (9th Cir. 1986; Nijo v. Avco Fin. Serv. of Hawaii, 937 F2d 613 (9th Cir.1991); Monaco v. Bear Stearns Residential Mort. Corp., (2008 U.S. Dis. C. LEXIS 2623 5, 9-10 Ed. Cal.2008.)

1

**PROPOSED JUDGMENT**

IT IS HEREBY ORDERED, AJUDGED AND DECREED that plaintiffs' Complaint is dismissed with prejudice. The court orders that Judgment is entered in favor of defendants National City Mortgage Co. and National City Bank of Indiana and against plaintiffs Gary L. Redfern and Mary S. Redfern.

IT IS SO ORDERED.

DATED:   August 28, 2008   _____
The Honorable James V. Selna
United States District Judge

H:\Matters\National City Bank (1264)\056 (Redfern)\Pleadings\Proposed Judgment.doc

2

**PROPOSED JUDGMENT**